IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-04231 YGR (PR)

WINIFRED JIAU,

**JUDGMENT**

    Petitioner,

 vs.

RANDY L. TEWS,

    Respondent.

              /

   For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss Petition as Moot,

   IT IS ORDERED AND ADJUDGED

   That the Clerk of Court enter judgment for Respondent, that Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: August 28, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

P:\PRO-SE\YGR\HC.13\Jiau4231.jud.wpd