UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED JIAU,<br><br>   Plaintiff,<br><br>  v.<br><br>RANDY L. TEWS,<br><br>   Defendant. | Case No. 13-cv-04231-YGR (PR)<br><br>**ORDER DENYING IN PART AND GRANTING IN PART DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

  Defendant filed a request for a sixty-day extension of time, up to and including, in which to file a dispositive motion. Dkt. 56. The disposition motion is currently due on November 30, 2018. However, according to the motion, "[t]he Assistant United States Attorney ("AUSA") who is assigned to this case will depart the United States Attorney's Office on November 16, 2018, and the case will be assigned to a new AUSA." *Id.* at 2. Thus, Defendant requests a "short extension to allow the new AUSA to become familiar with the case, prepare the filing, and see it through its conclusion." *Id.* Defendant states that Plaintiff declined to stipulate to the motion, and thus the Court construes this as Plaintiff's opposition to any such extension.

  Having read and considered Defendant's request and the accompanying declaration filed by Defendant,

  IT IS HEREBY ORDERED that Defendant's request for an extension of time is DENIED in part and GRANTED in part. The Court notes that Defendant was initially given sixty days to file a dispositive motion, which should have given Defendant's counsel ample opportunity to meet this deadline. The Court DENIES Defendant's request for a sixty-day extension of time and finds that only a twenty-eight-day extension of time is warranted. Thus, the motion is GRANTED in part, and the time for Defendant to file a dispositive motion is extended up to and including **December 27, 2018**.

Plaintiff's opposition shall be filed with the Court and served on Defendant no later than **twenty-eight (28) days** from the date Defendant's motion is filed. Defendant's reply shall be filed with the Court and served on Plaintiff no later than **fourteen (14) days** after Plaintiff's opposition is filed.

**No further extensions of time will be granted absent extraordinary circumstances.**

This Order terminates Docket no. 56.

IT IS SO ORDERED.

Dated: November 13, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge