UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED JIAU,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY L. TEWS,<br><br>    Defendant. | Case No. 13-cv-04231-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Granting Defendant's Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing by this action. Judgment is hereby entered in favor of Defendant and against Plaintiff. Parties shall each bear their own costs of action.

Dated: March 28, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge